**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **BRAYSLEY TUNJI FAMUREWA,** ) | **CASE NO. 1:10CV1480** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** ) | |
| ) | |
| **MICHIGAN DEPARTMENT** ) | |
| **OF TREASURY, et al.,** ) | **O R D E R** |
| ) | |
| **Defendants.** ) | |

This Court has reviewed the Report and Recommendation (Doc.# 24 ) of Magistrate Judge Greg White regarding the Motion of Defendants Michigan Department of Treasury, Dale Breachnau, Douglas Schafer, Susan Agee and Lynn Boyes for Partial Dismissal of the Amended Complaint (Doc. No. 19), and Plaintiff's Response to Defendants' Motion to Dismiss (Doc.#21). The Magistrate Judge recommended that all Plaintiff's claims be dismissed except for Plaintiff's Title VII claim against Defendant Michigan Department of Treasury.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but the parties have failed to timely file any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 24 ) and the Motion for Partial Dismissal of the Amended Complaint (Doc. # 19) is granted and all of Plaintiff's claims are dismissed, except for Plaintiff's Title VII claim against Defendant Michigan Department of Treasury.

IT IS SO ORDERED.

Dated: 2/24/2011

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE