**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRAYSLEY TUNJI FAMUREWA,** | ) | **CASE NO. 1:10CV1480** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | |
| **MICHIGAN DEPARTMENT** | ) | |
| **OF TREASURY, et al.,** | ) | **O R D E R** |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.# 31 ) of Magistrate

Judge Greg White regarding the Motion of Defendant Michigan Department of Treasury

for Summary Judgment (Doc. No. 29), and Plaintiff's Response to Defendants' Motion for

Summary Judgment (Doc.#30). The Magistrate Judge recommended that Defendant's

Motion for Summary Judgment be denied.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation

must be filed within fourteen days after service, but the parties have failed to timely file any

such objections.  Therefore, the Court must assume that the parties are satisfied with the

Magistrate Judge's recommendation.   Any further review by this Court would be a

duplicative and  inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d

813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th

Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 31 ) and Defendant Michigan Department of Treasury's Motion for Summary Judgment (Doc. #29) is denied.

IT IS SO ORDERED.

Dated: 11/3/2011

_S/Christopher A. Boyko_
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE